1  THOMAS E. FRANKOVICH (State Bar #074414)
   GEORGE S. KHOURY (State Bar #269738)
2  THOMAS E. FRANKOVICH
   *A PROFESSIONAL LAW CORPORATION*
3  4328 Redwood Hwy, Suite 300
   San Rafael, CA  94903
4  Telephone:   415/674-8600
   Facsimile:    415/674-9900
5  tfrankovich@disabilitieslaw.com

6  Attorney For Plaintiff, CRAIG YATES

UNITED STATES DISTRICT COURT

DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES | CASE NO. CV-12-05100-SBA |
| Plaintiffs, | STIPULATION OF DISMISSAL AND ORDER THEREON |
| v. | |
| LY BROTHERS INVESTMENT COMPANY, a California Partnership, dba YUMMY BOWL; SAM LY; BINH LY; ANDREW LY; TOM LY; PAUL LY; and TSUI THUYEN LY, | |
| Defendants. | |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(2). Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees. The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

///

///

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action become and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: October 9, 2013

THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*

By: /s/ *Thomas E. Frankovich*
Thomas E. Frankovich
Attorneys for CRAIG YATES

Dated: October 15, 2013

DONAHUE GALLAGHER WOODS LLP

By: _____
John C. Kirke, Esq.
Attorneys for Defendants LY BROTHERS INVESTMENT COMPANY, a California Partnership, dba YUMMY BOWL; SAM LY; BINH LY; ANDREW LY; TOM LY; PAUL LY; and TSUI THUYEN LY

### ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(2). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary

Dated: October 16, 2013

Honorable Judge Saundra B. Armstrong
UNITED STATE DISTRICT COURT JUDGE